1  HAROLD LICHTEN (admitted *pro hac vice*)
   hlichten@llrlaw.com
2  Shannon Liss-Riordan (#310719)
   sliss@llrlaw.com
3  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
4  Boston, MA 02116
   (617) 994-5800

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTE RODRIGUEZ, VALERIE MORALES, DEANDRE STOVALL, and CRYSTAL HAMILTON PETERSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>CREDICO (USA) LLC,<br><br>　　　　Defendant. | Case No. 3:17-cv-01221-LB<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SETTLEMENT APPROVAL**<br><br>Hearing Date: July 12, 2018, 9:30 AM<br>　　　　　Courtroom C – 15th Floor<br>　　　　　The Hon. Laurel Beeler |

1  The Court, having reviewed Plaintiffs' Unopposed Motion for Settlement Approval and
2  the Settlement Agreement attached hereto, finds that the proposed settlement is fair, reasonable,
3  and adequate. Plaintiffs' Unopposed Motion for Settlement Approval is hereby GRANTED.
4  The Court hereby enters final judgment in this case and dismisses it with prejudice in
5  accordance with the terms of the Settlement Agreement. There being no reason to delay entry of
6  this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith
7  pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED

_____
United States Magistrate Judge Laurel Beeler